**FRANK M. BURKE, and MRS. FRANK M. BURKE, his wife, v. NATHAN C. HUNT**

29 So. (2nd) 445                              January Term, 1947
March 7, 1947                                      Division A
Rehearing denied April 2, 1947

*Murrell, Fleming & Flowers,* for appellants.

*Morehead, Pallot, Smith, Green & Phillips,* for appellee.

PER CURIAM:

Affirmed. See Tucker v. Gray, 82 Fla. 351, 90 So. 158; Clark & Lewis, Inc. v. Gardner, 91 Fla. 1059, 109 So. 192; Webster Lumber Co. v. Lincoln, 94 Fla. 1097, 115 So. 498, and our holdings in similar cases.

THOMAS, C.J., TERRELL and CHAPMAN, JJ., and McNIELL, Associate Justice, concur.